IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| KEVIN E. HAYWARD, *et al.* | : : : : : : : : : : | 2:10-cv-05383-TON |
| Plaintiffs, |  |  |
| v. |  |  |
| DVHS a/k/a DELAWARE VALLEY HIGH SCHOOL, |  |  |
| Defendant. |  |  |

**PLAINTIFFS' MOTION FOR AN**
**AWARD OF ATTORNEY'S FEES AND COSTS**

Plaintiffs Kevin E. Hayward, Antonio DeSeignoria, Errol C. Manley, Joseph M. Elenback, Jr., Nathan G. Butcher, and Veronica Wilson-Thompson ("Plaintiffs"), as prevailing parties, respectfully move, pursuant to Federal Rule of Civil Procedure 54(d), 29 U.S.C. § 216(b), and 43 P.S. § 333.113, for an award of $9,919.10 in attorney's fees and costs. Such relief is warranted for the reasons described in the accompanying brief and attachments thereto.

Dated: February 1, 2011

Respectfully submitted,

/s/ Mark J. Gottesfeld
Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
THE WINEBRAKE LAW FIRM, LLC
Twining Office Center, Suite 211
715 Twining Road
Dresher, PA 19025
Ph:  (215) 884-2491
Fx:  (215) 884-2492
Email:  mgottesfeld@winebrakelaw.com

*Counsel for Plaintiffs*