IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| KEVIN E. HAYWARD, *et al.*, | : | |
| Plaintiffs, | : | 2:10-cv-05383-TON |
| v. | : | |
| | : | |
| DVHS a/k/a DELAWARE VALLEY HIGH SCHOOL, | : | |
| | : | |
| Defendant. | : | |
| | : | |

# ORDER

**NOW**, this ___ day of _____, 2011, upon consideration of Plaintiffs' Motion for an Award of Attorney's Fees and Costs ("Motion") (Doc. 15) and supporting Memorandum of Law (Doc. 16), Defendant's response thereto, and all other papers and proceedings herein, it is hereby **ORDERED** that the Motion is **GRANTED** and that:

1. Plaintiffs are awarded attorney's fees in the amount of $9,518.50. This fee award is based on the Court's finding that (i) Attorney R. Andrew Santillo reasonably expended 6.3 hours working on this litigation and such hours are compensable at a reasonable hourly rate of $275.00/hour and (ii) Attorney Mark J. Gottesfeld reasonably expended 45.8 hours working on this litigation and such hours are compensable at a reasonable hourly rate of $170.00/hour.

2. Plaintiffs are awarded costs in the amount of $400.60. These recoverable costs consist of the $350.00 Court filing fee incurred by Plaintiffs' counsel as well as $50.60 in photocopying expenses incurred by Plaintiffs' counsel.

3. The January 21, 2011 Judgment shall be **AMENDED** to reflect the recovery of the above-described attorney's fees and costs.

**BY THE COURT:**

_____
Honorable Thomas N. O'Neill, Jr.