**CERTIFICATE OF SERVICE**

    I, Mark J. Gottesfeld, hereby certify that, on February 1, 2011, the accompanying documents were filed electronically and are available for viewing and downloading from the ECF system by the following counsel:

        David T. Shulick, Esq.
        Shulick Law Offices
        Two Logan Square, Suite 1900
        Philadelphia, PA  19102


        /s/ Mark J. Gottesfeld
        Mark J. Gottesfeld
        THE WINEBRAKE LAW FIRM, LLC
        Twining Office Center, Suite 211
        715 Twining Road
        Dresher, PA 19025
        Ph:  (215) 884-2491
        Fx:  (215) 884-2492
        E-Mail:  mgottesfeld@winebrakelaw.com