IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN E. HAYWARD, et al | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DVHS a/k/a DELAWARE VALLEY HIGH SCHOOL | : | NO. 10-5383 |

O R D E R

AND NOW, this 23rd day of March, 2011, it is ORDERED that oral argument on plaintiffs' motion for an award of attorney's fees and costs is scheduled for **TUESDAY, MARCH 29, 2011** at 10;00A.M. in Courtroom 4-A, U.S. Courthouse, Philadelphia, PA.

*s/Thomas N. O'Neill, Jr.*
THOMAS N. O'NEILL, JR.,    J.