IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN E. HAYWARD, et al | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| DVHS a/k/a DELAWARE VALLEY HIGH SCHOOL | : | NO. 10-5383 |

O R D E R

AND NOW, this 25th day of March, 2011, it is ORDERED that the oral argument on plaintiffs' motion for an award of attorney's fees and costs presently scheduled for March 29, 2011 at 10:00A.M. has been rescheduled to **Tuesday, April 5, 2011 at 10:00A.M.** in Courtroom 4-A, U.S. Courthouse, Philadelphia, PA.

                                         *s/Thomas N. O'Neill, Jr.*
                                        THOMAS N. O'NEILL, JR.,    J.