IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

KEVIN HAYWARD, et al. : CIVIL ACTION
: NO. 10-5383
v. :
:
DELAWARE VALLEY HIGH SCHOOOL :

## ORDER

AND NOW, this 13th day of May, 2011, after consideration of plaintiffs' counsel's motion to award attorney's fees and costs, defendant's response, plaintiffs' counsel's reply and oral argument, it is ORDERED that plaintiffs' counsel's motion is GRANTED and JUDGMENT IS ENTERED in favor of plaintiffs' counsel The Winebrake Law Firm, LLC and against defendant Delaware Valley High School in the amount of $7,081.23.

/s/ THOMAS N. O'NEILL, JR.
THOMAS N. O'NEILL, JR., J.